UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID WESSON, | No. C 07-1437 SI (pr) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Robert David Wesson, an inmate at the Corcoran Substance Abuse Treatment Facility, filed this pro se action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court reviewed the petition, determined that the petition stated three claims for federal habeas relief but that state judicial remedies had not been exhausted as to the claim for ineffective assistance of counsel, and ordered Wesson to choose how he wanted to deal with the mixed petition problem. See Order On Initial Review. Wesson then filed an "election by petitioner" in which he chose the option to delete the unexhausted claim and go forward with only the exhausted claims. Wesson also filed an amendment in which he substituted in warden Ken Clark as the respondent in this action. Accordingly, the court now orders:

    1.    The petition states two cognizable claims that warrant a response: (a) a claim that Wesson's rights to a "fair trial by jury under the Fifth, Sixth and Fourteenth Amendments" were violated because the prosecution was allowed under state law to prove Wesson's propensity to commit sex offenses based on the mere fact of the prior convictions without evidence of the conduct that led to those convictions, and (2) a claim that his rights under the Sixth and

Fourteenth Amendment to confront witnesses and to due process were violated when the court admitted hearsay evidence to prove his prior convictions. The ineffective assistance of counsel claim is dismissed.

2. Warden Ken Clark is substituted in as the respondent in place of the People of the State of California.

3. The clerk shall serve by certified mail a copy of this order and the contents of the case file upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner.

4. Respondent must file and serve upon petitioner, on or before **November 16, 2007**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

5. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the Court and serving it on respondent on or before **December 21, 2007**.

IT IS SO ORDERED.

DATED: September 4, 2007

SUSAN ILLSTON
United States District Judge