UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID WESSON, | No. C 07-1437 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| KEN CLARK, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for an extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Michael O'Reilly, the court GRANTS respondent's application. (Docket # 10.) The court now sets the following new briefing schedule: Respondent must file and serve his response to the petition no later than **February 15, 2008**. Petitioner must file and serve his traverse no later than **March 21, 2008**.

IT IS SO ORDERED.

DATED: December 3, 2007

_____
SUSAN ILLSTON
United States District Judge