**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID WESSON, <br>     Petitioner, <br>   v. <br> KEN CLARK, Warden, <br>     Respondent. | No. C 07-1437 SI (pr) <br><br> **JUDGMENT** |

This petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 23, 2009

_____
SUSAN ILLSTON
United States District Judge